**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, </br></br> Plaintiffs, </br></br> v. </br></br> COYNE FAMILY TRUCKING, INC. a dissolved Illinois corporation, and MATTHEW R. COYNE, Individually, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 24 C 8895 </br></br> Judge Jeremy C. Daniel </br></br> Magistrate Judge M. David Weisman |

**AGREED MOTION FOR ENTRY OF AGREED
ORDER OF JUDGMENT ON COUNT I AGAINST
<u>COYNE FAMILY TRUCKING, INC., A DISSOLVED ILLINOIS CORPORATION</u>**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, through its attorneys, JOHN J. TOOMEY and ARNOLD AND KADJAN, LLP and Defendant, MATTHEW R. COYNE, Individually, through his attorneys, Jennifer B. Tee and Matthew J. Sheahin, Lavelle Law, Ltd., and agree that:

1. This Motion formally documents the agreement between the parties to enter into an Agreed Order of Judgment against Coyne Family Trucking, Inc. a dissolved Illinois corporation on Count I of the Amended Complaint, judgment is entered in favor of the Plaintiffs, Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds and against the Defendant, Coyne Family Trucking, Inc., a dissolved Illinois corporation, for the period August 1, 2017 through May 31, 2024 in the amount of $195,864.68 inclusive of all relief under 29 U.S.C. 1132(g)(2).

2. All parties and their attorneys have agreed to the terms of the attached Agreed Order of Judgment on Count I against Coyne Family Trucking, Inc., a dissolved Illinois corporation.

3. That Count II of the Amended Complaint against the individual, Matthew R. Coyne has been fully resolved and a Stipulation of Dismissal of Count II will be filed.

WHEREFORE, Plaintiffs pray that this court enter an Agreed Order of Judgment on Count I against Coyne Family Trucking, Inc., a dissolved Illinois corporation, in the amount of $195,864.68.

                                                TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION AND
WELFARE FUNDS

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: May 14, 2025

2